Attorney or Party Name, Address, Telephone & FAX
Numbers, State Bar Number & Email Address
LAW OFFICES OF TYSON TAKEUCHI
Tyson M. Takeuchi, SBN 177419
1055 Wilshire Blvd., Suite 850
Los Angeles, CA 90017
Tel 213.637.1566
Fax 888.977.6310
tyson@tysonfirm.com
scottk@tysonfirm.com

FOR COURT USE ONLY

**FILED & ENTERED**

**JUN 21 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **may**        **DEPUTY CLERK**

☐ Chapter 13 Trustee
☒ Attorney for:  Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

Lucina Ramos

CASE NUMBER:  2:22-bk-10056-SK

CHAPTER: 13

**ORDER ☒ GRANTING   ☐ DENYING**
**APPLICATION OF ATTORNEY FOR DEBTOR**
**FOR ALLOWANCE OF FEES AND**
**EXPENSES FOLLOWING DISMISSAL OR**
**CONVERSION OF CHAPTER 13 CASE**
**SUBJECT TO A RIGHTS AND**
**RESPONSIBILITIES AGREEMENT**

☒ No hearing held
☐ Hearing held
DATE:
TIME:

Based on the Application for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on *(date)* May 29, 2022 as docket number 30, the court orders as follows:

1.  ☒ The Application is granted and the Attorney for Debtor is allowed the sum of $5,000 as compensation for Additional Services and the sum of $0 in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of $5000 from the estate of Debtor as funds permit.

2.  ☐ The Application is set for hearing on: *(date)* _____ at *(time)* _____.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3.  ☐  The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4.  ☐  The Application is denied.

5.  ☐  Other (specify):

###

Date: June 21, 2022

Sandra R. Klein
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                     Page 2                     **F 3015-1.19.ORDER.CH13.FEES.DMCON**